Clark & Associates
1212 W. Camelback Suite 104
Phoenix, Arizona 85013
Telephone: (602) 266-9596
Facsimile: (602) 266-6774
E-mail: lvs@awcesq.com

Anthony W. Clark, #018279
Attorney for Debtor(s)

**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **In re: Campbell, Robert W** ) <br> ) <br> **SS #** XXX-XX-5682 ) <br> ) <br> **AND** ) <br> **Campbell, Carla R** ) <br> ) <br> **SS #** XXX-XX-6324 ) <br> ) <br> **DEBTOR(S).** ) <br> _____ ) | **No.** 08-09152-ECF-EWH <br><br> **CH 13** <br><br><br> **DEBTOR(S) OBJECTION TO PROOF OF CLAIM AND NOTICE THEREOF** |

Comes the Debtor(s), by and through counsel, and objects to the following claim: No 8, Home Loan

Home Loan Services
Attn: F/C Dept.
P.O. Box 1838
Pittsburgh, PA 15230-1838

Upon the following grounds:

\_\_\_\_ It appears that the claim was for a debt allegedly owed by someone other than the debtor, someone who is not a debtor in this Chapter 13;

\_\_\_\_ The Proof of Claim submitted does not include \_\_\_ a copy of the writing(s) upon which it is based; \_\_\_ and/or an itemized statement of account; \_\_\_ and/or underlying judgment; \_\_\_ and/or security agreement and evidence of its perfection; \_\_\_ and/or assignment(s) upon which it is based;

\_\_\_\_ The Proof of Claim was untimely filed; last date to file claims was 12/4/2008    ; government

\_\_\_\_ The Proof of Claim appears to be a duplicate claim.

\_\_X\_\_   Other (See attached memorandum).

The debtor(s) moves the Court to order that the claim be treated as follows:

\_\_\_\_ Disallowed;

\_\_X\_\_   Treated as priority / general unsecured.

NOTICE IS GIVEN that the above-referenced Proof of Claim will be disallowed or allowed only as prayed by the debtor in the amount and classification set forth hereinabove unless, within 30 days of the date hereof, the party filing such Proof of Claim EITHER:

1. Send, WITH A COPY OF THIS OBJECTION, the proper supporting documents to counsel undersigned and the Trustee at the address set forth below; AND thereafter obtains a stipulation between itself, counsel for the debtor and the Trustee as to the treatment of the claim; OR

2. Files a written request for a hearing AND SETS FORTH the specific grounds for such request with the clerk of the Court and mails a copy thereof to counsel for the debtor and the Trustee.

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been mailed to the claimant at the address listed above and

**Kerns, Dianne C.**
Trustee
PMB #413 7320 N
LaCholla #154
Tucson, AZ 85741-2305

Mark Bosco
2525 E. Camelback Rd.
Suite 300
Phoenix, AZ 85016

Dated _5/29/09_____

/s/ Anthony W. Clark
Attorney for Debtor

Campbell, Robert W

Clark & Associates
1212 W. Camelback Suite 104
Phoenix, Arizona 85013
Telephone: (602) 266-9596
Facsimile: (602) 266-6774
E-mail: ecf@awcesq.com

Anthony W. Clark, #018279
Attorney for Debtor(s)

**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: Campbell, Robert W<br><br>SS # XXX-XX-5682<br><br>AND<br><br>Campbell, Carla R<br><br>SS # XXX-XX-6324<br><br>DEBTOR(S). | No. 08-09152-ECF-EWH<br><br>CH 13<br><br>**MEMORANDUM IN SUPPORT OF DEBTOR(S) OBJECTION TO PROOF OF CLAIM** |

In support of Debtor's objection to proof of claim, debtor would show the following:

No equity exits in the property after allowance of the first mortgage. Accordingly, claims held by Home Loan Services shall be treated as general unsecured claims and upon discharge, Home Loan Services shall release all liens or risk violating of the discharge. Debtors reserve the right to file an adversarial proceeding to determine extent, validity and priority of lien.

Respectfully submitted,

/s/ Anthony W. Clark
Attorney for Debtor