Clark & Associates
1212 West Camelback Road, Suite 104
Phoenix, Arizona 85013
Telephone: (602) 266-9596
Facsimile: (602) 266-6774
E-mail: ecf@awcesq.com

Anthony W. Clark, #018279
Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **In re:** Campbell, Robert W | **No.** 08-09152-ECF-EWH |
| **SS #** XXX-XX-5682 | CH 13 |
| Campbell, Carla R<br>XXX-XX-6324 | **CHANGE OF ADDRESS** |
| **Joint Debtor** | |

Debtor's new address:  PO Box 912
Saratoga, WY  82331

Respectfully submitted this _11/20/09_____.

_/s/ Anthony W. Clark_____
Attorney for Debtor(s)

Copy of the foregoing mailed this _11/20/09_____ to:

Trustee

**Kerns, Dianne C.**
**PMB #413 7320 N LaCholla #154**
**Tucson, AZ  85741-2305**

/s/ Anthony W. Clark
_____
For the Firm